## EADS v. OTTAWA COUNTY et al.

No. 3586. Opinion Filed February 10, 1914.

(138 Pac. 796.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.** Where the plaintiff in error, as well as the defendant in error, fails to file and serve brief as required by rule 7 of this court (38 Okla. vi), it will be presumed that the appeal has been abandoned, and it should be dismissed.

(Syllabus by Galbraith, C.)

*Error from County Court, Ottawa County;*
*W. Y. Quigley, Judge.*

Action by D. H. Eads against Ottawa County and J. H. Connolly, its treasurer, relative to placing lands on the tax rolls for the year 1909, purchased from an Indian allottee in December, 1908, the deed for which was not approved by the Secretary of the Interior until April 9, 1909. From a judgment for the defendants, the plaintiff brings error. Dismissed.

*Thompson & Mason,* for plaintiff in error.

*E. C. Fitzgerald,* for defendants in error.

Opinion by GALBRAITH, C. The petition in error and case-made was filed with the clerk of this court February 12, 1912, and the cause was regularly submitted January 19, 1914. No brief has been filed by the plaintiff in error, as required by rule 7 of this court (38 Okla. vi). In fact, briefs have not been filed by either party.

Upon authority of eleven cases reported in 36 Okla. (see page 820) and six cases in volume 37 Okla. reports (see page 821), and numerous decisions reported earlier, this appeal should be dismissed.

By the Court: It is so ordered.